IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JAMES S. QUAY,

Defendant.

CRIMINAL ACTION
NO. 17-371-3

## ORDER

**AND NOW**, this 3rd day of September 2021, upon consideration of Defendant James Quay's pro se Motion for Compassionate Release (Doc. No. 199), the Government's Response in Opposition to Defendant's Motion, and the attached sealed medical records (Doc. Nos. 209-10), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** that Defendant's Motion (Doc. No. 199) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.